UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In re:

    Peter W. Ruby,                                Case No. 13-26651-beh
                                                          (Chapter 13)
                     Debtor.

_____

### NOTICE OF
### (1) MOTION TO APPROVE COMPROMISE OF CONTROVERSY
### AND
### (2) APPLICATION OF LEVERSON LUCEY & METZ S.C. FOR PAYMENT OF ATTORNEYS' FEES AND EXPENSES AS ADMINISTRATIVE EXPENSE

_____

      On December 1, 2015, Peter Ruby, the debtor in the above-captioned case (the "Debtor"), filed a motion (the "Compromise Motion") to approve a compromise of controversy with Daniel Derrick, Derrick Funeral Home, Inc., Haase Lockwood & Associates Funeral Homes and Crematory, Inc., and West Bend Mutual Insurance Company, the defendants in *Ruby v. Derrick, et al.*, Walworth County Circuit Court Case No. 14-CV-00163 (the "Case"). The proposed settlement of the Case will enable the Debtor to complete his Chapter 13 plan paying his creditors with allowed claims in full. A copy of the Compromise Motion is on file with the Court at 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202. You may also request copies from the undersigned.

      Also on December 1, 2015, Leverson Lucey & Metz S.C., special counsel to the Debtor, filed an application for compensation and reimbursement of expenses (the "Fee Application") seeking approval of $24,000.00 in fees and reimbursement of expenses in the amounts of $6,032.72, in all $30,032.72. The fees and expenses in question were incurred in connection with the Case. A copy of the Fee Application is also on file with the Court and may be obtained upon request from the undersigned.

      **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you want the Court to consider your views on the Compromise Motion or the Fee Application, then you or your attorney must:

Leonard G. Leverson
Leverson Lucey & Metz S.C.
106 West Seeboth Street, Suite 204-1
Milwaukee, WI 53204
(414) 271-8503 ) phone)
(414) 271-8504 (fax)
E-mail: lgl@levmetz.com

- File an objection with the Clerk of the Bankruptcy Court, whose address is 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202, no later than on December 24, 2015. Any objection must state its factual and legal bases with specificity. In addition, you should serve a copy of your objection on each of the following persons so that it is received by each of them no later than on December 24, 2015:

| | |
|---|---|
| Leonard Leverson | Mary B. Grossman |
| Leverson Lucey & Metz S.C. | Office of the Chapter 13 Trustee |
| 106 W. Seeboth Street | P.O. Box 510920 |
| Suite 204-1 | Milwaukee, WI 53203-0161 |
| Milwaukee, WI 53204 | |

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Compromise Motion and the Fee Application and may enter an order or orders granting that relief.

Dated this 3rd day of December, 2015.

LEVERSON LUCEY & METZ S.C.
f/k/a LEVERSON & METZ S.C.

/s/ Leonard G. Leverson
Leonard G. Leverson
Special Counsel for the Debtor
106 West Seeboth Street, Suite 204-1
Milwaukee, WI 53204
(414) 271-8503
(414) 271-8504 (fax)

2